**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NISSAN FIRE AND MARINE INSURANCE COMPANY LTD.; HITACHI DATA SYSTEMS CORP., | No. C 02-2516 JSW |
| Plaintiffs, | **ORDER CLARIFYING RECORD** |
| v. | |
| BAX GLOBAL INC.;CATHAY PACIFIC AIRWAYS, LTD., | |
| Defendants. | |

On November 21, 2005, Plaintiffs filed a letter informing the Court that the footnotes in their briefs on the parties' cross-motions for summary judgment were in compliance with Civil Local Rule 3-4(c)(2), but that the footnotes in Defendant BAX Global, Inc.'s briefs were not. Plaintiffs requested that the Court correct the record. The Court appreciates Plaintiffs bringing this discrepancy to the Court's attention. The criticism the Court directed at Plaintiffs on November 18, 2005 regarding the font size of the footnotes should have been directed toward BAX instead. BAX is admonished to comply with Local Rule 3-4(c)(2) in the future.

**IT IS SO ORDERED.**

Dated: November 22, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE