IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NISSAN FIRE AND MARINE INSURANCE COMPANY LTD.; HITACHI DATA SYSTEMS CORP., | No. C 02-2516 JSW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| BAX GLOBAL INC.; CATHAY PACIFIC AIRWAYS, LTD., | |
| Defendants. | |

This action came before the Court for trial, Judge Jeffrey S. White presiding. Pursuant to the Findings of Fact and Conclusions of Law entered on May 11, 2006, judgment is hereby entered against Defendant BAX Global, Inc. ("BAX") and in favor of Plaintiffs The Nissan Fire and Marine Insurance Company, Ltd. and Hitachi Data Systems Corp. ("Plaintiffs"). The Court awards Plaintiffs damages and prejudgment interest in the amount of $156,184.17.

**IT IS SO ORDERED.**

*Jeffrey S. White*

**United States District Court**

For the Northern District of California

1  Dated: May 11, 2006

2  _____
   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE