MICHAEL J. CUMMINS (184181)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Plaintiffs
THE NISSAN FIRE AND MARINE
INSURANCE COMPANY, LTD., and
HITACHI DATA SYSTEMS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| THE NISSAN FIRE AND MARINE INSURANCE COMPANY, LTD., AND HITACHI DATA SYSTEMS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BAX GLOBAL, INC., AND CATHAY PACIFIC AIRWAYS, LTD., <br><br> Defendants. | Case No.: C 02-02516 JSW <br><br> **SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS AND ORDER THEREON** <br><br> DATE: January 16, 2009 <br> TIME: 1:30 P.M. <br> PLACE: Courtroom 2, 17th Floor <br> JUDGE: Hon. Jeffrey S. White |

Plaintiffs THE NISSAN FIRE AND MARINE INSURANCE COMPANY, LTD. and HITACHI DATA SYSTEMS CORP., (collectively 'NISSAN" or "Plaintiffs") hereby request that the Court approve the substitution of Michael J. Cummins of Gibson Robb & Lindh, LLP as attorney of record in place and stead of David Salentine. Plaintiffs make this request because Mr. Salentine passed away during the appeal process.

Dated: January 12, 2009

Robert Larkin, Plaintiffs'
Authorized Representative

SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS AND ORDER THEREON
CASE NO.: C 02-02516 JSW; FILE NO. 5717.96

I, Michael Cummins, am duly admitted to practice in this District and consent to the above substitution.

Dated: January 12, 2009          GIBSON ROBB & LINDH LLP



Michael J. Cummins

The Court hereby grants plaintiffs' request. IT IS SO ORDERED.

Dated: January 13, 2009

Hon. Jeffrey S. White
U.S. District Judge