GEORGE W. NOWELL, SBN: 83868
george.nowell@nowelllaw.com
PAUL B. ARENAS, SBN: 167863
paul.arenas@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
**Attorneys for Defendant:**
BAX GLOBAL, INC.

MICHAEL J. CUMMINS, SBN: 184181
mcummins@gibsonrobb.com
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
**Attorneys for Plaintiffs:**
THE NISSAN FIRE AND MARINE
INSURANCE COMPANY, LTD., and
HITACHI DATA SYSTEMS CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| THE NISSAN FIRE AND MARINE INSURANCE COMPANY, LTD., AND HITACHI DATA SYSTEMS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BAX GLOBAL, INC., AND CATHAY PACIFIC AIRWAYS, LTD., <br><br> Defendants. | CASE NO.: C 02-02516 JSW <br><br> **STIPULATION TO MODIFY BRIEFING SCHEDULE AND** ~~PROPOSED~~ **ORDER** |

Plaintiffs THE NISSAN FIRE AND MARINE INSURANCE COMPANY, LTD., and HITACHI DATA SYSTEMS CORP., (collectively 'NISSAN" or "Plaintiffs") and Defendant BAX GLOBAL INC. ("defendant" or "BAX"), through their respective, counsel, stipulate and

1

request that the briefing schedule set by the Court be modified to provide for each brief to be filed one week later than the dates currently set. The parties thus request that the dates for filing each brief be modified as follows:

  First Brief:   March 13, 2009

  Second Brief:  March 27, 2009

  Third Brief:   April 10, 2009

  Fourth Brief:  April 24, 2009

The parties make this request because of conflicts counsel have in other matters. While the parties do not request that the hearing date be changed from May 8, 2009, should the Court seek to continue the current date, the parties are available on May 15, 2009 and May 22, 2009.

IT IS SO STIPULATED.

Dated: February 20, 2009    **LAW OFFICES OF GEORGE W. NOWELL**

                By:  S/ PAUL B. ARENAS
                    PAUL B. ARENAS

                Attorneys for Defendant
                BAX GLOBAL, INC.

Dated: February 20, 2009    **GIBSON ROBB & LINDH**

                By:  S/ MICHAEL J. CUMMINS
                    MICHAEL J. CUMMINS

                Attorneys for Plaintiff
                THE NISSAN FIRE AND MARINE INSURANCE COMPANY, LTD., AND HITACHI DATA SYSTEMS CORP.,

ORDER

The hearing is CONTINUED to May 15, 2009 at 9:00 a.m.

IT IS SO ORDERED.

DATED: February 24, 2009

HON. JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE