GEORGE W. NOWELL, SBN: 83868
PAUL B. ARENAS, SBN: 167863
JOHN H. CIGAVIC III, SBN 231806
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
**Attorneys for Defendant**
BAX GLOBAL INC.

MICHAEL J. CUMMINS, SBN: 184181
 mcummins@gibsonrobb.com
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
**Attorneys for Plaintiffs**
THE NISSAN FIRE AND MARINE
INSURANCE COMPANY, LTD., and
HITACHI DATA SYSTEMS CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| THE NISSAN FIRE AND MARINE INSURANCE COMPANY, LTD., AND HITACHI DATA SYSTEMS CORP., <br><br> Plaintiffs/Appellee, <br><br> v. <br><br> BAX GLOBAL INC., AND CATHAY PACIFIC AIRWAYS, LTD., <br><br> Defendants/Appellant. | CASE NO.: C 02-02516 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER RE RELEASE OF OBLIGATION TO MAINTAIN SUPERSEDEAS BOND** <br><br> FRCP 62(d) |

## RECITATIONS

WHEREAS this Court entered judgment in this lawsuit on May 11, 2006 in favor of plaintiffs THE NISSAN FIRE AND MARINE INSURANCE COMPANY, LTD., AND HITACHI DATA SYSTEMS CORP (collectively "plaintiffs" or "HITACHI") against Defendant BAX GLOBAL INC. ("Defendant" or "BAX") in the amount of $156,184.17 (the "judgment").

WHEREAS on June 11, 2008, the Ninth Circuit reversed in part and affirmed in part this

1
STIPULATION AND ORDER FOR RELEASE OF OBLIGATION TO MAINTAIN SUPERSEDEAS BOND  (C02-02516 JSW)

1 this Court's judgment, and thus remanded the matter for further proceedings;

2 WHEREAS BAX has maintained a supersedeas bond throughout the duration of the

3 appeal and premium for said bond is now coming due;

4 WHEREAS the purpose of said bond to cover the judgment is no longer applicable; and

5 WHEREAS the parties have met and conferred and agree that it is no longer necessary

6 for BAX to maintain the appeal bond.

## **STIPULATION**

8 The parties hereto hereby stipulate, and the Court hereby orders that BAX is relieved of

9 any and all obligations to maintain the supersedeas bond previously approved by the Court.

11 Dated: May 8, 2009            **LAW OFFICES OF GEORGE W. NOWELL**

By:  /S/
PAUL B. ARENAS
Attorneys for Defendant
BAX GLOBAL INC.

Dated: May 8, 2009     **GIBSON ROBB & LINDH**

By: _____/S/_____
        MICHAEL J. CUMMINS
        Attorneys for Plaintiff
THE NISSAN FIRE AND MARINE INSURANCE COMPANY, LTD., AND HITACHI DATA SYSTEMS CORP.,

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: May 12, 2009

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333  Fax: (415) 362-1344