GEORGE W. NOWELL, SBN: 83868
 george.nowell@nowelllaw.com
PAUL B. ARENAS, SBN: 167863
 paul.arenas@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
**Attorneys for Defendant:**
BAX GLOBAL, INC.

MICHAEL J. CUMMINS, SBN: 184181
 mcummins@gibsonrobb.com
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
**Attorneys for Plaintiffs:**
THE NISSAN FIRE AND MARINE
INSURANCE COMPANY, LTD., and
HITACHI DATA SYSTEMS CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| THE NISSAN FIRE AND MARINE INSURANCE COMPANY, LTD., AND HITACHI DATA SYSTEMS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BAX GLOBAL, INC., AND CATHAY PACIFIC AIRWAYS, LTD., <br><br> Defendants. | CASE NO.: C 02-02516 JSW <br><br> STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CMC FROM OCTOBER 16, 2009 TO NOVEMBER 13, 2009 AT 1:00 P.M. |

The parties hereto are currently scheduled for a Further Case Management Conference on October 16, 2009 at 1:00 p.m. The parties have also been recently assigned to mediation before the Ninth Circuit mediation panel on October 28, 2009. Based on this scheduling the parties

1

**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CMC (C02-02516 JSW)**

stipulate and request that the CMC scheduled for October 16, 2009 be re-scheduled to November 13, 2009 at 1:00 p.m. or as soon thereafter as the Court is convenient on the Court's calendar. Good cause exists for this change of schedule because it may result in this Court avoiding any unnecessary procedures.

    IT IS SO STIPULATED.

Dated:  September 23, 2009   **LAW OFFICES OF GEORGE W. NOWELL**

By:    S/ PAUL B. ARENAS
    PAUL B. ARENAS
    Attorneys for Defendant
    BAX GLOBAL, INC.

Dated:  September 23, 2009   **GIBSON ROBB & LINDH**

By:    S/ MICHAEL J. CUMMINS
    MICHAEL J. CUMMINS
    Attorneys for Plaintiff
THE NISSAN FIRE AND MARINE INSURANCE COMPANY, LTD., AND HITACHI DATA SYSTEMS CORP.,

**ORDER**

IT IS SO ORDERED.

DATED: September 25, 2009

_____
HON. JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE