1  GEORGE W. NOWELL, SBN: 83868
      george.nowell@nowelllaw.com
2  PAUL B. ARENAS, SBN: 167863
      paul.arenas@nowelllaw.com
3  LAW OFFICES OF GEORGE W. NOWELL
   100 Montgomery Street, Suite 1990
4  San Francisco, CA 94104
   Telephone: (415) 362-1333
5  Facsimile: (415) 362-1344
   **Attorneys for Defendant:**
6  BAX GLOBAL, INC.

7  MICHAEL J. CUMMINS, SBN: 184181
      mcummins@gibsonrobb.com
8  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
9  San Francisco, CA 94105
   Telephone: (415) 348-6000
10 Facsimile: (415) 348-6001
   **Attorneys for Plaintiffs:**
11 THE NISSAN FIRE AND MARINE
   INSURANCE COMPANY, LTD., and
12 HITACHI DATA SYSTEMS CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| THE NISSAN FIRE AND MARINE INSURANCE COMPANY, LTD., AND HITACHI DATA SYSTEMS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BAX GLOBAL, INC., AND CATHAY PACIFIC AIRWAYS, LTD., <br><br> Defendants. | CASE NO.: C 02-02516 JSW <br><br> **STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

On October 28, 2009, the parties settled the case at the mediation held before the 9th Circuit mediator, C. Lewis Ross. The parties therefore request that the Court continue the November 13, 2009 Case Management Conference by 45 days to provide the parties sufficient

time to finalize the settlement and file a stipulation and proposed order re dismissal.

IT IS SO STIPULATED.

Dated: November 4, 2009                **LAW OFFICES OF GEORGE W. NOWELL**


By:_____S/ PAUL B. ARENAS_____
　　　　　　PAUL B. ARENAS

Attorneys for Defendant
BAX GLOBAL, INC.


Dated: November 4, 2009                **GIBSON ROBB & LINDH**


By:_____S/ MICHAEL J. CUMMINS_____
　　　　　MICHAEL J. CUMMINS

Attorneys for Plaintiff
THE NISSAN FIRE AND MARINE INSURANCE
COMPANY, LTD., AND HITACHI DATA
SYSTEMS CORP.,

Pursuant to the parties' stipulation, the Court HEREBY CONTINUES the case management conference until January 8, 2010 at 1:30 p.m. The parties are admonished to submit proposed orders with all future stipulations which require court approval.

Dated: November 5, 2009



IT IS SO ORDERED
Judge Jeffrey S. White