1  GEORGE W. NOWELL, SBN: 83868
     george.nowell@nowelllaw.com
2  PAUL B. ARENAS, SBN: 167863
     paul.arenas@nowelllaw.com
3  LAW OFFICES OF GEORGE W. NOWELL
   100 Montgomery Street, Suite 1990
4  San Francisco, CA 94104
   Telephone: (415) 362-1333
5  Facsimile: (415) 362-1344
   **Attorneys for Defendant:**
6  BAX GLOBAL, INC.

7  MICHAEL J. CUMMINS, SBN: 184181
     mcummins@gibsonrobb.com
8  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
9  San Francisco, CA 94105
   Telephone: (415) 348-6000
10 Facsimile: (415) 348-6001
   **Attorneys for Plaintiffs:**
11 THE NISSAN FIRE AND MARINE
   INSURANCE COMPANY, LTD., and
12 HITACHI DATA SYSTEMS CORP.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| THE NISSAN FIRE AND MARINE INSURANCE COMPANY, LTD., AND HITACHI DATA SYSTEMS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> M AND CATHAY PACIFIC AIRWAYS, LTD., <br><br> Defendants. | CASE NO.: C 02-02516 JSW <br><br> **STIPULATION FOR DISMISSAL; ~~PROPOSED~~ ORDER** <br><br> FRCP 41(a)(1)(ii) |

It is hereby stipulated by and between the Plaintiffs THE NISSAN FIRE AND MARINE

INSURANCE COMPANY, LTD. and HITACHI DATA SYSTEMS CORP., (collectively

'NISSAN" or "Plaintiffs") and Defendant BAX GLOBAL INC. ("defendant" or "BAX")

through the parties' counsel of record, and requested that, a settlement of this matter having been concluded, that the above-entitled action be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

    This stipulation and dismissal completely terminates in its entirety the above-entitled action including all claims for relief against all parties and all appeals.  Each party will bear its own attorneys' fees and costs.

    The parties hereto also request that this Court retain jurisdiction in order to enforce the terms and conditions of the settlement and release.

Dated:  December 3, 2009

**LAW OFFICES OF GEORGE W. NOWELL**

By: /S/ PAUL B. ARENAS
    PAUL B. ARENAS
    Attorneys for Defendant
    BAX GLOBAL, INC.

Dated:  December 3, 2009

**GIBSON ROBB & LINDH**

By: /S/ MICHAEL J. CUMMINS
    MICHAEL J. CUMMINS
    Attorneys for Plaintiff
THE NISSAN FIRE AND MARINE INSURANCE COMPANY, LTD., AND HITACHI DATA SYSTEMS CORP.,

**ORDER**

Pursuant to the parties stipulation, the action is dismissed.  However, the Court declines to retain jurisdiction over the settlement and release.
IT IS SO ORDERED.

Dated: December 7, 2009, 2009

*[signature: Jeffrey S. White]*
HON. JEFFREY S. WHITE
United States District Court
Northern District of California

LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P112509-1451

2

**STIPULATION FOR DISMISSAL; ~~PROPOSED~~ ORDER (C02-02516 JSW)**